UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-08433-MWF (Ex)**          Date:  **December 20, 2012**
           **CV 12-10303-MWF (Ex)**

Title:     In Re the Estate of Eugenia M. Ringgold

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:   ATTORNEYS PRESENT FOR RESPONDENT:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTIONS TO STATE COURT

On October 1, 2012, Respondent Nathalee Evans filed a Notice of Removal in Case No. CV 12-08433.  (Docket No. 1).  Then, on December 3, 2012, Evans filed a Notice of Removal in Case No. CV 12-10303.  (Docket No. 1).

On December 6, 2012, the Court issued an Order to Show Cause because the jurisdictional allegations in the Notice of Removal in Case No. CV 12-08433 appeared deficient (the "December 6 Order").  (CV 12-08433, Docket No. 11).  And, on December 12, 2012, the December 6 Order was made applicable to the Notice of Removal in Case No. CV 12-10303 because the jurisdictional allegations therein likewise appeared deficient.  (CV 12-10303, Docket No. 8).

On December 19, 2012, Evans filed a Response.  (CV 12-08433, Docket No. 14-16; CV 12-10303, Docket No. 15-20).  Evans's Response fails to demonstrate that the Court has subject matter over either action.

Accordingly, Cases Nos. CV 12-08433 and CV 12-10303 are hereby REMANDED to California Superior Court.

IT IS SO ORDERED.

---

**CIVIL MINUTES—GENERAL**                                                                1